NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOURCE SEARCH TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**KAYAK SOFTWARE CORPORATION,**
*Defendant-Appellee*

---

2017-1384

---

Appeal from the United States District Court for the District of New Jersey in No. 1:11-cv-03388-NLH-KMW, Judge Noel Lawrence Hillman.

---

## JUDGMENT

---

JEFFREY I. KAPLAN, Kaplan, Breyer, Schwarz, LLP, Matawan, NJ, argued for plaintiff-appellant. Also represented by DANIEL BASOV, New York, NY.

JOHN J. COTTER, K&L Gates LLP, Boston, MA, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 7, 2017             /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                       Clerk of Court